BENJAMIN MINDLIN, Appellant and Respondent, *v.*
THE DRUGGISTS CIRCULAR, INC., Respondent and
Appellant.

*Contract — action for breach of advertising contract.*

*Mindlin* v. *Druggists Circular, Inc.,* 216 App. Div. 748, affirmed.
(Submitted October 22, 1926; decided November 16, 1926.)

CROSS-APPEALS from a judgment of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered April 13, 1926, modifying and affirming as
modified a judgment in favor of plaintiff entered upon a
verdict directed by the court.   The action was to recover
for breach of an alleged contract whereby defendant, the
publisher of a trade magazine, agreed to publish plaintiff's
advertisement for one year.   Defendant admitted its
refusal to publish the advertisement but claimed that it
was justified in doing so by the terms of the contract.

*Herman Shulman, Mortimer Hays* and *Benjamin Algase*
for plaintiff, appellant and respondent.

*Charles R. Coulter, Arnold L. Davis* and *Guy C. Heater*
for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-
LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

DIEDRICH SCHEFFER, Appellant and Respondent, *v.* JOHN
H. PLATE, Respondent and Appellant, and META A.
PLATE, Respondent.

*Real property — sale — specific performance — dower — judgment for
specific performance improperly set aside.*

*Scheffer* v. *Plate,* 216 App. Div. 812, affirmed.
(Argued October 22, 1926; decided November 16, 1926.)

CROSS-APPEALS from a judgment, entered June 4, 1926,
upon an order of the Appellate Division of the Supreme
Court in the second judicial department, which reversed
a judgment in favor of defendants entered upon a decision
of the court on trial at Special Term and directed judg-
ment declaring that defendant Meta A. Plate has an